**01–20.  Mid–America Tire, Inc. v. PTZ Trading Ltd.**
Clermont App. No. CA99–11–105. On motion for admission *pro hac vice* of Bart Rinn by Paul S. Turner and on motion for admission *pro hac vice* of Carl D. Liggio by Paul S. Turner. Motions granted.
    F.E. SWEENEY, J., dissents.
    Discretionary appeal allowed.
    F.E. SWEENEY, J., dissents.
    Discretionary cross-appeal allowed.
    F.E. SWEENEY and COOK, JJ., dissent.

**01–63.  Norgard v. Brush Wellman, Inc.**
Cuyahoga App. No. 77594.
    MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–83.  Carroll v. Nationwide Mut. Ins. Co.**
Holmes App. No. 99CA016. Discretionary appeal allowed on Propositions of Law Nos. I and II and cause held for the decision in 00–745 and 00–801, *Littrell v. Wigglesworth*, Butler App. Nos. CA99–05–092 and CA99–08–141; briefing schedule stayed.
    DOUGLAS and LUNDBERG STRATTON, JJ., dissent.

**01–113.  Roesch v. Warren Distrib. Fleet Eng. Research.**
Cuyahoga App. No. 77121.
    MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.